*orig* **EMERGENCY FILE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**MOTION FOR DISMISSAL OF EVICTION** *TAK*

THOMAS KUZNICKI

    Plaintiff,

v.

NATIONAL CHURCH RESIDENCES OF

PENN HILLS, PA

    Defendant

**FILED**

JAN - 8 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

Case # 2:23-CV-2143

    Comes now, Thomas Kuznicki, who requests that this Court issue an emergency Termination of eviction from:

    6560 Leechburg Road, Apt 112

    Verona, PA 15147

until this Court can hear Case # 2:23-CV-2143 that was filed on December 21, 2023.

    (See Sheriff's Office posted statement enclosed, dated 1/5/2024 with eviction scheduled for 1/19/2024)

    This termination action is retaliation for filing Case # 2:23-CV-2143. Section 818 of the FHA makes it unlawful to retaliate against anyone because he or she has filed a discrimination complaint.

    24 CFR 100.400 – Prohibited interference, coercion or intimidation.

    (a)    This subpart provides the Departments interpretation of the conduct that is unlawful under section 818 of the Fair Housing Act.

    (b)    It shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of that person having exercised or enjoyed, or on account of that person having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by this part.

    **(c)**    **Conduct made unlawful under this section includes, but is not limited to, the following:**

        (5) Retaliating against any person because that person has made a complaint, testified, assisted, or participated in any manner in a proceeding under the Fair Housing Act.

The first issue of Case # 2:23-CV-2143 is if the previous building manager, Ishtar Crum, committed perjury in the writing of the Lease Violations and then committing perjury on the stand in the hearing on March 22, 2023 overseen by Judge Patrick Connelly.

Another issue is if Attorney Justin Tuskan withheld pertinent information, the video of the Lease Violations dated 3/15/2023, from Thomas Kuznicki.

Filed on behalf of the Plaintiff by: _Thomas Kuznicki 1/7/2024_

Thomas Kuznicki

6560 Leechburg Road

Verona, PA 15147

Pro Se