IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS KUZNICKI,<br><br>    *Plaintiff,*<br><br>v.<br><br>NATIONAL CHURCH RESIDENCES OF PENN HILLS, PA,<br><br>    *Defendant.* | Civil Action No. 2:23-cv-2143<br><br>Hon. William S. Stickman IV |

### ORDER OF COURT

AND NOW, this _11_ day of January 2024, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Plaintiff's Motion for Dismissal of Eviction (ECF No. 16) is DENIED.

IT IS FURTHER ORDERED that the complaint (ECF No. 8) is dismissed with prejudice.

The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE